IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC F. LEWIS, | ) | 8:09CV143 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. The court has examined the record in this matter, including the Petition for Writ of Habeas Corpus. (Filing No. 1.) The court finds that this matter and Case No. 8:08CV396 "involve some or all of the same issues of fact or arise out of the same transaction." NEGenR 1.4(a)(4)(C)(iii). Case No. 8:08CV396 was assigned to United States District Judge Richard G. Kopf.

IT IS THEREFORE ORDERED that:

1. The Clerk of the court is directed to reassign this matter from United States District Judge Joseph F. Bataillon to United States District Judge Richard G. Kopf.

2. This matter remains assigned to the pro se docket.

May 26, 2009.                              BY THE COURT:


                                           s/ Joseph F. Bataillon
                                           Chief United States District Judge